FILED
10 AUG 16 PM 2:27
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Melton White,
Plaintiff

-vs-

Special Agent Julie E. Morgan, et al.,
Defendant(s)

CASE NO. 1:10 CV 1804

JUDGE JUDGE POLSTER

MAG. JUDGE VECCHIARELLI

COMPLAINT

"Suing Under 42 USCA § 1983," 8TH Amend."

Melton White, the Plaintiff Hereby are filing this complaint and suing for Cruel and Unusual Punishment, Eighth Amendment Rights has been violated by the following names Special Agents, Julie E. Morgan, ... Gerald L. Mack, ... Martin Lundy Where, Melton White, has sent written communication that genuine issues of facts existed indicating cruel and unusual punishment ... Where, deliberate-indifference of a crimial conspiracy has been taken against Melton White, the Plaintiff, which he has been denied by representative several times from different firms to represent him due to lack of personal nature financial matters and being criminated by the individual Special Agents on this complaint where the Plaintiff, have no choice but try to represent him self in "God's Will," to the best of my knowledge and ability to set forth in details specific facts to demonstrate as a victim where serveral Complaints and written letters were taken, and sent to Julie E. Morgan, Special Agents and Gerald L. Mack, Special Agent at the FBI Headquarters 1501 Lakeside Ave. Cleveland, Ohio regarding Steven King, misconduct of improper medical malpractice to have authority and permission from Betty Mitchell, and Julius Wilson, as Acting Wardens, has taken it upon their authority to allow an microship small enough to be embedded firmly inside Melton White, neck and ear area invading on his privacy, this crimial negligence of a conspiracy, the

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Melton White,
Plaintiff

-VS-

(Special Agent,) Julie E. Morgan, et al.,
Defendant(s)

CASE NO.________________

JUDGE ________________

COMPLAINT

"Suing Under 42 USCA § 1983" 8TH Amend,"

Defendant Martin Lundy, Special Agent, at the FBI Headquarters in Washington D.C received Plaintiff Melton White, complaint dated May 06, 2010" on May 12, 2010" and did not sent any communication written letter to the Plaintiff where he can be at ease, this complaint went certifiled and another complaint dated June 22, 2010," and July 19, 2010" no response from ether complaints ~~and~~ of letters. and Melton White, are suing for deliberate indifference where Special Agent. Martin Lundy, should have taken reasonable steps to alert reasonable Agent officials to Melton White, complaints crimial conspiracy taken against him and did not, whether all three Special Agents Julie E. Morgan, Gerald L. Mack, and Martin Lundy, conduct amount to conscious Lack of Concern or Aloofness. to free Melton White, from Cruel and Unusual Punishment... Defendants Dan Franklin, who Used Excessive Physical Force, crushing serveral disc in Melton White, neck area... Sue Bigham, at the State Medical Board of Ohio, has shown to the Plaintiff deliberate indifference concerning Melton White, Physical Health... Plaintiff request if it pleases the court for a Polygraph Examination, a Medical Physician where there has been individual physicians at MetroHealth who has shown oversight to Melton White, physical health here in the State of Ohio the city of Cleveland,

Signature Melton [illegible]

(2) [illegible]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Melton White, Plaintiff | CASE NO.________ |
| -vs- | JUDGE ________ |
| Gerald L. Mack, Defendant(s) | COMPLAINT 8th Amend 42 USCA§1983 |

I Melton White, Hereby file this Complaint to the best of his knowledge and ability to set forth in specific details of complaint discrimination of a conspiracy taken against Plaintiff Melton White, where he were severally attacked and assaulted by an correctional officer. Dan Franklin, 10-23-97" And Steven King, learn of this assault and cover it up with J. Willson, assistant to use false pretenses against Melton White, that he is paranoia delusion so no one will believe him, only then did Mr. White, the plaintiff learned a small microship were implanted inside of his neck and left ear Melton White, has demonstrated several times on Complaints, and Letters to Julie E. Morgan, Supervisory Special Agent at the FBI Dept of Justice 1501 Lakeside Ave Cleveland, Ohio 5-6-10" 7-19-10." Special Agent in Charge. Gerald L. Mack, knew of this unlawful crimial conspiracy activities being taken against Melton White, by Julie E. Morgan, and both Agents where any of the agents did not take under consideration to take reasonable steps to free Melton White, from this Crimial Conspiracy and Defamation of character. Gerald L. Mack, and Julie E. Morgan whether their mis conduct amount to conscious lack of concern or aloofness, where the Plaintiff. Melton White, has identified clearly established right alleged to have been violated by both Agents who knew of an Crimial act yet disregarded it and his Eighth Amendment which has not only been violated due to Deliberate Indifference but has caught a cold CHILL due to Cruel and Unusual Punishment.

SIGNATURE Melton White.
DATE, Aug 05, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Melton White,
Plaintiff

CASE NO.____________

JUDGE.____________

Sue Bigham,
Defendant(s)

COMPLAINT 42 USCA § 1983
8TH Amend.
Cruel/Unusual Punishment.

I Melton White, Plaintiff hereby file this complaint on grounds to an inappropriate medical malpractice of a conspiracy against Sue Bigham, who were aware of Steven King, crimial negligence where he allowed Melton White, to be used to implant a small microship in the back of his neck and left ear area, at the Trumbull Correctional Institution (TCI)... She should have aleated for help Plaintiff, Melton White, were not only being shown Cruel and Unusual Punishment as a victim, his Privacy Act of his Civil Rights has been violated when this small microship were fix firmly embedded inside the Plaintiff neck and ear, after the use excessive force assault caused significant physical injury to Melton White, neck and back by Dan Franklin, Oct 23, 1997" Plaintiff did not have a MRI taken untail Jan. 2000"

Plaintiff, Melton White, set forth in specific facts to demonstrate on complaint to Sue Bigham, concerning inappropriate medical procedure whether her conduct amount to conscious lack of concern or aloofness to Melton White, Complaint in May 2004" Steven King, Complaint Jan 20, 2010 Kutaiba Tabbaa; Complaint March 25, 2010 Rebecca Lowenthal, and Complaint May 7th 2010" Rebecca Lowenthal, where physicians alleged the Plaintiff Melton White, were suing the State of Ohio Fed 11, 2003" where theres no proof of evidence to demonstrate this false allegation by Terea Dews, against Melton White, the Plaintiff, Plaintiff Melton White, will like for his serious medical needs to be taken care of by the Proper Procedures.) Sign: Melton White.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Melton White,
Plaintiff

vs.

Steven King,
Defendant(S)

CASE: ______________

JUDGE: ______________

COMPLAINT 8th Amend.
42 USCA § 1983

I Melton White, hereby has taken it upon myself to file this Complaint to the best of his knowledge and ability to set forth in details specific facts to demonstrate as a victim while continue to be victimized here in the City of Cleveland by individuals who has shown lack of concern or aloofness to a Hate strong dislike or ill will by Steven King. Dan Franklin, and Julius Wilson, to allow the Plaintiff Melton White, to be demonstrated as an experiment where the learning by the Plaintiff of a small microship were implanted in his neck area of some kind, and a very small device of some kind almost invisible to the eye were implanted in the Plaintiff left ear. This Crimial Act were taken against the Plaintiff due to an assault taken against him "10-23-97" by Dan Franklin, causing severe injuries to the Plaintiff neck and back area, damageable disc are reported at the following on medical records at the University Hospitals Health System of Cleveland, and MetroHealth Medical Center where five surgeries were performed by Christopher G. Furey, and Tim Moore, in Cleveland, Ohio... Where, the Assault, Defamation and Conspiracy started at the Trumbull Correctional Institution on "10-23-97," and to go as far to give False pretenses to plot, the Plaintiff Melton White, on 1-08-98" has a long history of paranoid and persecutory beliefs... Which, the Plaintiff are not paranoid and have no history of Mental Illness before being incarcerated, and do not have an Mental Illness now as the Plaintiff file this complaint on Steven King, for conspiracy and Defamation of character and involuntary medi-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Melton White,
Plaintiff

-VS-

Steven King,
Defendant

CASE: ______

JUDGE: ______

COMPLAINT 8th Amend.
42 USCA § 1983

"Continue Complaint."

cation being force on Plaintiff, Melton White, were shown deliberate indifference in Trumbull Prison due to his serious medical needs, and have been shown deliberate indifference by a Physician Terea Dews, at the Cleveland Clinic who stated on 2-11-03" Mr. White, is suing the State of Ohio for an alleged assault that occurred while he was an inmate in 1997." . . . This deliberate indifference has shown the Plaintiff Melton White, hospital to hospital wide and from Trumbull to Cleveland City to City wide, all due to an assault, defamation of ~~[illegible]~~ character conspiracy and lies, medical malpractice, . . . Plaintiff are now suing Steven King, for defamation, medical malpractice, to a conspiracy against the Plaintiff Melton White, physial health, and his Civil Rights, to a long suffering painful emotional harmful violent crimial act could have been avowed when Melton White, were denied an Institutional Transfer on "11-20-96" and were assaulted 10-23-97" by Dan Franklin, Plaintiff request for an Polygraph Examination as a victim and where his Civil Rights, not Right, but Rights has been violated and Melton White, feared for his physical health and his life.

SIGNATURE: Melton White

DATE. 07-24-10"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Melton White,
Plaintiff

CASE. ______________________

JUDGE. ______________________

Dan Franklin.
Defendant(S)

COMPLAINT 8th Amend
42 USCA §1983

I Melton White, Plaintiff, has taken it upon myself to file, and to make this Statement to the best of my knowledge and ability to set forth specific details, and to demonstrate facts as a victim on this complaint for an assault taken against Melton White, at the (Trumbull Correctional Institution.) T.C.I., by Dan Franklin, on Oct 23, 1997" causing severe injuries to Melton White, neck area crushing several discs, and to follow severe pain in the back... Defendant: Dan Franklin, knew of the damages he had cause Melton White, the Plaintiff. neck and back and had the authority to take reason steps, or reasonable steps to ride transportation Melton White, to the hospital due to his serious condition, this were not the case instead Dan Franklin, conduct amount to deliberate indifference to risk of injury to Melton White, neck & back by placing him in segregation after the assault on Oct 23, 1997"... Which clearly established right to be free from Cruel and Unusual Punishment... Plaintiff requested for an emergency transfer on Nov 18th 1996" to Mr. Remmick; Case Manager and were denied by him Nov 20 1996" due to the plot to fabricate a lie against Melton White, by having the authority to give false pretenses that he has a mental illness to cover up the violent assault taken against the Plaintiff and now I am suing the defendant for knowing of a cruel criminal act where an microship are implanted in Melton White, neck to cover up Dan Franklin, wrong doing of a assault Plaintiff suing for Cruel and Unusual Punishment... Excessive Physical Force.

Signature: Melton White
Date: 07-25-10"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Melton White,
Plaintiff

-VS-

Martin Lundy
Defendant(S)

CASE NO. ________

JUDGE. ________

COMPLAINT

I Melton White, Hereby has taken it upon myself to file this complaint on Special Agent. Martin Lundy. where he received the Plaintiff. Melton White Complaint which were Certified on May 06, 2010" he received this Complaint on May 12, 2010" which were dated May 06, 2010"

Melton White, did not receive no written response letter from the FBI Dept of Justice in Washington, D.C. 935 Pennsylvania Ave. N W as if his complaint did not have any existence concerning the wrongful hateful things did to Melton White, health and his Civil Rights over the Years without limitation to go as far to be violently assaulted, and being able to no longer exercise the Plaintiff rights to when he requested and still are for an Polygraph Examination.
The Plaintiff. are suing for Cruel Unusual Punishment Eighth Amandment among other Civil Rights which has been violated by Special Agents who knew of a Crimial act against Melton White. and Martin Lundy. did not do an investigation to take reasonable steps to FREE Melton White. from this Crimial Conspiracy. Therefore, he not only shown negligence he shown lack of concern or alootness concerning the Plaintiff Civil Rights, and Melton White, health as a victim. Plaintiff suing Under 8th Amend. 42 U.S.C.A § 1983

Signature: Melton White
Date: July 21, 2010"

DISCRIMINATION

INFORMAL COMPLAINT INAPPROPRIATE F.B.I. UNITED STATE

POSTAL SERVICE VIOLATION.

I Melton White, Hereby file this Complaint on the following parties who works in the F.B.I. department of justice mail office, Ms. Robinson, who I spoke with May 17th 2010" time 4:00PM Ms. Deborah Brooks, and Ms. Kris, who has taken it upon them selves to build Mr. White, spirit up by allowing him to believe he will receive his Green Mail Card of Certifiled by showing proof who received this Complaint of a Consprracy at the FBI Headquarters in Washington, D.C. 935 Pennsylvania Ave, NW... Where, Mr. White, were told by the following parties he will receive the Certifiled Card in mail soon, but this wasn't the case, and Mr. White, know for a fact, Special Agent, Martin Lundy, received Mr. White, Certifiled Mail of his Complaint, sign his signature, and Mr. White, have not received this Certifiled Card he paid for, he have not heard anything concerning an Investigation or the Complaints filed with the FBI Headquarters in Washington, D.C... And the F.B.I. Headquarters 1501 Lakeside Ave in Cleveland, Ohio also know of the Complaint And Mr. White, will like very much to know why every Complaint he have filed its been shown lack of concern or aloofness?

Have there been any investigations of any Complaints Mr. White, filed with the FBI Headquarters concerning (Complaints Discrimination) for it is very possible a criminal act are being taken against Mr. White, and individual authorities are aware of this wrong, and do not believe.?

Mr. White, will like to know, do something as serious as an injury has to take place or something unlawful, only then an investigation will go underway?... {NOTE. Mr. White, requested for an Polygraph examine & was denied. Mr. White, were denied of civil rights to have this polygraph taken concerning his Complaint of a Consprracy and he has set forth in details specific facts to demonstrate as a victim due to this crimial act... And hope an investigation will be underway, if not Mr. White, will continue to pursue this wrong doing taken against him in Good Faith.

sign: Melton White

Date: 6/22/2010

Notification of Grievance
Complaint Discrimination of a Conspiracy & Defamation.

I Melton White, Hereby has taken this opportune time fitting in regard to an unlawful crimial activities being taken against Mr. White, here in the City of Cleveland, Ohio... Where, he has taken it upon him self to file several different informal complaints on several individuals at the FBI Dept of Justice 1501 Lakeside Ave. Cleveland, Ohio following agents Gerald L. Mack, and Julie E. Morgan, ... And the FBI Dept. Justice Head-quarters in Washington, D.C. 935 Pennsylvania Ave. N.W. Where, Mr. White, mailed Certified informal complaints to the FBI agent who received these were Martin Lundy, in Washington, D.C.

Note: Mr. White, Complaints were place in file 13," so there will not be an investigation in this crimial act of a conspiracy) where, Mr. White, have learn a small microship were implanted in his neck and left ear, this inappropriate unusual wrong doing has violated Mr. White, life and his civil Rights where this crimial activities which was taken at the Trumbull Correctional Institution order by Steven King, after learning the violent assault on Mr. White, by Lt. Dan Franklin, causing severe damaging to Mr. White, neck, crushing several disc which allowed him to undergo (5) surgeries, Which, I am placeing (4) page copy of the surgery, and the Complaint Mr. White, mailed to Washington, D.C., and to G. Michael Payton, Executive Director (O.C.R.C.) Mr. White, filed this Complaint with the FBI only to find out a Security guard #633 at the FBI Dept of Justice 1501 Lakeside Ave tried to use trickery to have Mr. White, to file another Complaint after placing the others in file 13," Mr. White, refused to do so to the officer request of entrapment. Mr. White, request for a Polygraph Examination from a agent and he stated, that will not be necessary... And Sue Bigham (P.I.O.) (OSMB) shown lack of concern. Mr. White, are a victim and continue to be victimized for the individuals wrong doing where blind eyes and deaf ears are showing lack of concern, or alootness... Where, there have not been no response from any special agent. [illegible] Copys of Informal Complaints ... And Mr. White will Pursue' Melton White

"COPY"

: Informal Complaint Due To A Conspiracy: And Trickery.

[illegible]elton White, Hereby has taken it upon his authority to file this [illegible]rmal Complaint on grounds of a conspiracy taken against him [illegible] individuals here in the State of Ohio in the City of Cleveland. [illegible] Mr. White, will not take extreme measures if this Cruel Unusual [illegible]al Act did not "Exist."

[illegible] White, have made this Statement to the best of his knowledge and [illegible]ity to set forth in details specific facts, to demonstrate as a victim [illegible]nue to be victimized to a conspiracy taken against him here in the [illegible] of Cleveland... Where, Mr. White, will no longer live his life in "fear" to [illegible]ose Special Agent. Gerald L. Mack, and Special Agent. Julie E. Morgan, [illegible]ere Mr. White, visit the F.B.I. Department to file in 2003" a Complaint [illegible]rding to a Crimial Conspiracy taken against him while residing at the [illegible]mbull Correctional Institution... And doing 2006" Mr. White, wrote an [illegible]portant letter for assistance where his Civil Rights were being violated [illegible]here Mr. White, were shown a strong dislike from individuals who knew of [illegible] wrong doing following names are Mr. J. Wilson, "Warden"... LT. Dan [illegible]anklin,... Steven King, who claimed to be a Physiologist, learned Dan Franklin, [illegible]lently assaulted Mr. White, and doing so, Crushed several disc in his neck [illegible]ea in Trumbull Correctional... Only then did Steven King, J. Wilson, and [illegible]an Franklin, pretended Mr. White, were suffering from a mental Illness [illegible]owing there lays a serious problem on their behalf this assault took place [illegible]-28-97" Mr. White, were not taken to a hospital until 2000" for a MRI. [illegible]r. White, then learned a small microship were implanted firmly in his [illegible]houlder neck area, also a very small device of some kind almost invisible [illegible]planted inside of his left ear... Note: This wrong doing was suppose to make Dan Franklin, free from the assault against Mr. White, and Steven King, [illegible]iving False Pretense pretending Mr. White, has a mental illness if I discuss this wrong with any one, how will the person or persons except it, will they Believe, or Judge Mr. White, ?

# Informal Complaint of a Conspracy.

Mr. White, were release from Trumbull Correctional 10/02/2002"... And by his surprise Mr. White, are still being shown disrespect as it were in Trumbull Correctional up to a point where Mr. White, have filed a Complaint to the State Medical Board of Ohio where physicians have tried to use trickery to entrap difficulty on Mr. White, the following names are Kutaiba Tabbaa, and Rebecca Lowenthal, who were aware of Mr. White, weight loss having no appetite... Note: Mr. White, have had Five (5) severe surgeries and he should not be given medications to cause harm to him, but any other medications that will give relief to his chronic pains... Mr. White, have not been given his pain medication for his neck/back area name Oxycodone Percocet, for (4) Months, (1) one week five (5) days since 1-20-10 to 5-6-10... Mr. White, have smoke marijuana for pain but not addicted to this drug or any other drug for that matter... Mr. White, have been judged as a drug addict Kutaiba Tabbaa, and Rebecca Lowenthal, tried trickery to entrap Mr. White, by no longer giving him Oxycodone for pain knowingly it will make him irritable as if trying to Provoke him for some reason or reasons which their behavior were strange as if both physicians were trying to cover up something... Note: Mr. White, are being Provoke, somewhat Threaten, no longer to exercise his Civil Rights, which has caught a cold chill where Deliberate Indifferent has been shown to him in the City of Cleveland, from wrongdoers... And individuals at the MetroHealth Hospital Ms. Kate, Ombudsman department knows all about the problems Mr. White, were not protected, and the following individuals on this Complaint who had or has authority to Free Mr. White, from this wrong doing their conduct amount to conscious lack of concern or aloofness who could of taken reasonable steps to this Hate Crime of a Conspiracy against Mr. White,... Therefore, Mr. White, request for a Polygraph Examination, so the Truth will be verified... And hope his Complaint will be taken in consideration the individuals I've named, and Complaint will be Challenged in Good Faith to grant Mr. White, what he requested.

Signature: Milton White,
Date: May 06, 2010"